IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| EMERGING AUTOMOTIVE LLC, § <br> § <br> *Plaintiff*, § <br> § <br> v. § <br> § CIVIL ACTION NO. 2:23-CV-00437-JRG <br> KIA CORPORATION, KIA AMERICA, § <br> INC., § <br> § <br> *Defendants*. § | |

## ORDER

Before the Court is the Joint Motion for Extension of Time for Defendants to Move, Answer, or Otherwise Respond to Plaintiff's Original Complaint (the "Joint Motion") filed by Plaintiff Emerging Automotive LLC ("Plaintiff") and Defendants Kia Corporation and Kia America, Inc. ("Defendants") (collectively, the "Parties"). (Dkt. No. 12). In the Joint Motion, the Parties request an extension of time for Defendants to move, answer, or otherwise respond to Plaintiff's Complaint (Dkt. No. 1). (Dkt. No. 12 at 1). The requested extension would move the deadline for Defendants to move, answer, or otherwise respond to Plaintiff's Complaint up to and including January 10, 2024. (*Id.*).

Having considered the Joint Motion, the Court finds that it should be and hereby is **GRANTED**. Accordingly, the Court **ORDERS** that the deadline for Defendants to move, answer, or otherwise respond to Plaintiff's Complaint is **extended** up to and including January 10, 2024.

**So ORDERED and SIGNED this 17th day of October, 2023.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE